COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Clarent Energy Services, Inc. and Graham Gilliam v. Leasing Ventures, LLC

Appellate case number: 01-18-00821-CV

Trial court case number: 2016-50734

Trial court: 127th District Court of Harris County

Appellants filed a motion to transfer the clerk's record from its prior appeal, cause number 01-18-00036-CV, styled *Clarent Energy Services, Inc. and Graham Gilliam v. Leasing Ventures, LLC*, because appellant contends that the clerk's record in the prior appeal contains documents the Court should consider in the current appeal. Because both appeals arose from the same trial court cause and were heard by the same trial court judge, we conclude that transfer of the clerk's record is appropriate.

Accordingly, this Court **grants** the motion. The clerk's record filed in cause number 01-18-00036-CV is **ordered transferred** to cause number 01-18-00821-CV.

It is so ORDERED.

Judge's signature: ___/s/ Richard Hightower_____
        ☑ Acting individually    ☐ Acting for the Court

Date: ___August 13, 2019__